1  LOREN GRAHAM
   Nevada Bar #673
2  P.O. Box 6329
   Stateline, NV 89449
3  Phone: (775) 588-5138
   Fax: (775)588-1326
4  grahamcole@aol.com

5  Attorney for KAMARI DAVIS

6

7                    UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,      Case No. 3:18-CR-00097-MMD-WGC

10         Plaintiff,              **STIPULATION TO EXTEND MOTION DEADLINES**

11      vs.

12 KAMARI DAVIS,                   (SECOND REQUEST)

13         Defendants.
   _____/

14

15     IT IS HEREBY STIPULATED AND AGREED, by and between LOREN

16 GRAHAM, counsel for KAMARI DAVIS, NICHOLAS TRUTANICH, United

17 States Attorney, and MEGAN RACHOW, Assistant United States

18 Attorney, counsel for the UNITED STATES OF AMERICA, that the

19 parties herein shall have to and including Thursday, September 5,

20 2019, to file any and all pretrial motions and notices of

21 defense.

22     IT IS FURTHER STIPULATED AND AGREED, by and between the

23 parties, that they shall have to and including Thursday,

24 September 19, 2019, to file any and all responsive pleadings.

25     IT IS FURTHER STIPULATED AND AGREED, by and between the

26 parties, that they shall have to and including Thursday,

27 September 26, 2019, to file any and all replies to dispositive

28 motions.

                                1

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

2. Counsel have conferred the case involves voluminous discovery.

3. Defendant KAMARI DAVIS is detained and does not oppose the extension.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions.

5. Denial of this request for extension would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

This is the second request to extend filed herein.

DATED this 29th day of August, 2019.

/s/ Loren Graham
LOREN GRAHAM
Attorney for Defendant,
KAMARI DAVIS

NICHOLAS TRUTANICH
United States Attorney

By: /s/ Megan Rachow
MEGAH RACHOW
Assistant United States Attorney
Counsel for GOVERNMENT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-CR-00097-MMD-WGC |
| Plaintiff, | **FINDINGS OF FACT AND ORDER** |
| vs. | |
| KAMARI DAVIS, | |
| Defendants. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

2. Counsel have conferred the case involves voluminous discovery.

3. Defendant KAMARI DAVIS is detained and does not oppose the extension.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and

submit appropriate pretrial motions.

    5. Denial of this request for extension would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

    This is the second request to extend filed herein.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including Thursday, September 5, 2019 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including Thursday, September 19, 2019 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including Thursday, September 26, 2019 to file any and all replies.

DATED this __29th__ day of August, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE